STATE v. DARRELL L. RATHAI.

253 N. W. 2d 148.

April 15, 1977—No. 46738.

C. *Paul Jones*, State Public Defender, and *Gregory A. Gaut*, Assistant State Public Defender, for appellant.

*Warren Spannaus*, Attorney General, *Richard G. Mark*, Assistant Attorney General, *Edward M. Laine*, Special Assistant Attorney General, and *Arvid L. Wendland*, County Attorney, for respondent.

PER CURIAM.

Defendant was found guilty by a district court jury of charges of kidnapping and aggravated rape, Minn. St. 609.25 and 609.291, and was sentenced by the trial court to a maximum indeterminate term of 15 years at the state reformatory. Issues raised by defendant on this appeal from judgment of conviction are whether identification procedures used by police created a substantial likelihood of irreparable misidentification and whether there was, as a matter of law, insufficient evidence identifying him as the assailant. Our review of the record compels affirmance since we find no merit supporting defendant's claims.
Affirmed.